Effie S. Smith, Appellant, v. John L. Young et al., as Trustees under the Will of Winfred L. Smith, Deceased, Respondents.— Motion referred to the court that rendered the decision. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ. Motion for reargument granted and on reargument the decision of this court dated June 26, 1944 [ante, p. 801], is amended

by adding to the second sentence, after the word "compensation," the following: "and also without prejudice to a renewal of the motion to examine defendants before trial, upon a proper showing of the facts constituting the fraud perpetrated upon the attorney." The order is resettled accordingly. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.